USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/17/2025__

**GOTTLIEB & ASSOCIATES**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795   www.gottlieblaw.net

April 16, 2025

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  *Young v. Emmanuel University, Inc.*
           <u>Case No.: 1:25-cv-1355</u>

Dear Judge Torres,

    The undersigned represents Leshawn Young, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Emmanuel University, Inc., ("Defendant"). The undersigned respectfully requests that Your Honor's deadline to submit the proposed Case Management Plan and Scheduling Order by April 18, 2025 (Dkt. 7) be extended for 60 days because Counsel for Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

                Respectfully submitted,

                GOTTLIEB & ASSOCIATES PLLC

                <u>/s/Michael A. LaBollita, Esq.</u>
                Michael A. LaBollita, Esq.

GRANTED IN PART. By **May 19, 2025**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 17, 2025
      New York, New York

                      ANALISA TORRES
                United States District Judge