USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2025

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500

DANIELLE L. JACOBS
DJACOBS@SOKOLOFFSTERN.COM

May 16, 2025

**Via ECF**
Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                              Re:   *Young v. Emmanuel University, Inc.*
                                    Docket No. 1:25-CV-01355 (AT)
                                    File No. 250100LI

Your Honor:

        This firm represents Defendant Emmanuel University, Inc. We write jointly with Plaintiff to respectfully request that Your Honor extend the deadline to submit the joint letter and proposed Case Management Plan and Scheduling Order from May 19, 2025 to July 7, 2025.

        This firm only recently assumed the handling of the defense of this case, and Defendant has waived service of the Complaint. Therefore, Defendant's deadline is June 29, 2025 to respond to the Complaint. We request that the joint letter and proposed Case Management Plan and Scheduling Order be adjourned until after Defendant responds to the Complaint. This extension will also give the parties time to discuss the potential for early resolution before any party starts expending significant resources.

        This is Defendant's first request for the relief sought herein. We are continuing to review the allegations and claims to prepare for our answer or motion. This extension will give us the time to thoroughly review the allegations and prepare our response.

        Thank you for your consideration of this matter.

                                            Respectfully submitted,

                                            SOKOLOFF STERN LLP

                                            *Danielle L. Jacobs*

                                            DANIELLE L. JACOBS

GRANTED IN PART. By **June 20, 2025**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 19, 2025
       New York, New York              _____
                                            **ANALISA TORRES**
                                       **United States District Judge**